STATE

v.

**SISNEROS**

20161015

Supreme Court of Utah.

02-22-2017

20140778

385 P.3d 731

Petition for Writ of Certiorari Denied.

STATE

v.

**SAMULSKI**

20170049

Supreme Court of Utah.

02-17-2017

20150178

387 P.3d 595

Petition for Writ of Certiorari Denied.

STATE

v.

**CHRISTENSEN**

20170038

Supreme Court of Utah.

02-22-2017

20140720

387 P.3d 588

Petition for Writ of Certiorari Denied.

STATE

v.

**ZAMPEDRI**

20170081

Supreme Court of Utah.

02-22-2017

20160736

Petition for Writ of Certiorari Denied.